UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

-------------------------------------------------------- x

IN RE:  INSURANCE BROKERAGE
ANTITRUST LITIGATION

**APPLIES TO ALL ACTIONS**

_____

CONSOLIDATED ELECTRICAL
DISTRIBUTORS, INC.,

                     Plaintiff,

v.

MARSH & McLENNAN, INC., et al.,

                    Defendants.

**APPLIES TO ALL ACTIONS**

-------------------------------------------------------- x

Hon. Garrett E. Brown, Jr.

MDL 1663

**Civil Action No. 04-5184 (GEB)**

**Civil Action No. 08-6381 (GEB)**

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff

Consolidated Electrical Distributors, Inc., and Defendants Marsh & McLennan, Inc., Marsh, Inc.,

Marsh Placement, Inc., Marsh USA, Inc., American International Group, Inc., AIG Commercial

Insurance Group, Inc., National Union Fire Insurance Company of Pittsburgh Pa., and AIG

Excess Liability Insurance Company Ltd., through their respective undersigned counsel, that the

above-captioned action be and is hereby dismissed with prejudice.  Each party shall bear its own

costs and attorneys' fees.

4743166.5

Dated: *April 15*, 2009

JENNER & BLOCK LLP                    WILLKIE FARR & GALLAGHER LLP

By: _R. Douglas Rees_                 By: _Mitchell J. Auslander_
    R. Douglas Rees                       Mitchell J. Auslander
    330 N. Wabash Avenue                  787 Seventh Avenue
    Chicago, Illinois 60611               New York, New York 10019-6099
    (312) 222-9350                        (212) 728-8000
    drees@jenner.com                      mauslander@willkie.com

*Attorneys for Plaintiff Consolidated Electrical    *Attorneys for Defendants Marsh & McLennan,*
Distributors, Inc.*                                  *Inc., Marsh, Inc., Marsh Placement, Inc., and*
                                                     *Marsh USA, Inc.*

                                      PAUL, WEISS, RIFKIND, WHARTON, &
                                      GARRISON LLP

                                      By: _Daniel J. Leffell_
                                          Daniel J. Leffell
                                          1285 Avenue of the Americas
                                          New York, New York 10019
                                          (212) 373-3000
                                          dleffell@paulweiss.com

                                      *Attorneys for Defendants American*
                                      *International Group, Inc., AIG Commercial*
                                      *Insurance Group, Inc., National Union Fire*
                                      *Insurance Company of Pittsburgh, Pa., and*
                                      *AIG Excess Liability Insurance Company Ltd.*

4743166.5

IT IS SO ORDERED:

This __ day of _____, 2009

_____
HONORABLE GARRETT E. BROWN, JR.
UNITED STATES DISTRICT COURT JUDGE